## EXHIBIT "A"

1. **Land Company Lease Interests**, including at least

   Oil, Gas and Mineral Lease dated August 31, 1956, executed by the Land Company, as Lessor, in favor of Carl L. Morris, as lessee, and recorded in Conveyance Book 1085, at 421 of the Conveyance Records of Caddo Parish, Louisiana, insofar as it covers and affects the following:

   The South Half of the Southwest Quarter (S ½ of SW 1/4) of Section 9, Township 20 North, Range 15 West, Caddo Parish, Louisiana

   Together with the following wells and equipment located thereon and pertaining thereto, but not limited to the following, to wit:

   The Land Company Well No. C-1, Serial Number 91331
   The Land Company Well No. C-2, Serial Number 108294
   The Land Company Well No. C-3, Serial Number 109754
   The Land Company Well No. C-4, Serial Number 109755
   The Land Company Well No. C-5, Serial Number 110651
   The Land Company Well No. C-6, Serial Number 110652
   The Land Company Well No. C-7, Serial Number 215200
   The Land Company Well No. C-9, Serial Number 215396
   The Land Company Well No. C-10, Serial Number 239047
   The Land Company Well No. C-11, Serial Number 237028
   The Land Company Well No. C-12, Serial Number 239890
   The Land Company Well No. C-13, Serial Number 237030
   The Land Company Well No. C-14, Serial Number 237031
   The Land Company Well No. C-15, Serial Number 239891

2. **Hunter 16 Lease Interests**, including at least

   That certain oil, gas and mineral lease executed by Dan Gus Owners by Act of Assignment dated March 15, 1975 recorded on March 17, 1975 under instrument No. 64828 of the Caddo Parish Conveyance Records and that certain oil, gas and mineral lease executed by the Hunter Company, etal in favor of June Owens, widow, dated September 30, 1987, recorded in Book 2462, page 253 of the Conveyance Records of Caddo Parish, La., each leases covering 10 acre tract located in Section 16, Township 20 North, Range 15 West, Caddo Parish, La, as it covers the following:

   10 acres in the form of a square around the Hunter No. 1, situated 900 feet North and 2310 feet East of SW corner of Section 16, Township 20 North, Range 15 West, Caddo Parish, La., together with the following:

   Hunter 16 Well No. 6, Serial No. 40691
   Hunter 16 SWD No. 4, Serial No. 231269

3. **Nettie Soniat 1-7, 9-12 Lease Interests**, including at least
   <u>Purchaser: Gensis Crude Oil, LP</u>

   Oil, Gas and Mineral Lease Eugenie Soniat Atkins, etal, in favor of Fredco, LLC, dated August 1, 2012, recorded under instrument No. 2416132, recorded under instrument No. 4592, Page 646 of the Conveyance Records of Caddo Parish, Louisiana, covering and affecting the following described property, to-wit:

   All of Fractional Section 6, Township 16 North, Range 16 West, Caddo Parish, Louisiana, less road, as per assessor's tract 160606-0-1, consisting of 262.53 acres, more or less. All of Fractional Section 7, Township 16 North, Range 16 West, Caddo Parish, Louisiana, except the South 50 acres, less r/o/w consisting of 264.12 acres, more or less, also known a tax assessor's tract No. 161607-0-1 both tracts clearly defined in that certain "Partition of Immovable Property" recorded in Conveyance Records of Caddo Parish, Louisiana, under registry No. 01257238

   Insofar and only insofar as it covers and applies surface to the base of the Fredericksburg Lime Formation in the Greenwood Waskom Field

   INSOFAR AS IT COVERS AND AFFECTS THE FOLLOWING:

   All of Fractional Section 7, Township 16 North, Range 16 West, Caddo Parish, Louisiana, except the South 50 acres, less r/o/w consisting of 264.12 acres, more or less, also known a tax assessor's tract No. 161607-0-1 both tracts clearly defined in that certain "Partition of Immovable Property" recorded in Conveyance Records of Caddo Parish, Louisiana, under registry No. 01257238
   as it covers the following:

   Nettie Soniat No. 1, Serial No. 166100
   Nettie Soniat No. 2, Serial No. 166101
   Nettie Soniat No. 3, Serial No. 166102
   Nettie Soniat No. 4, Serial No. 166103
   Nettie Soniat No. 6, Serial No. 166449
   Nettie Soniat No. 7, Serial No. 166450
   Nettie Soniat No. 9, Serial No. 166452
   Nettie Soniat No. 22, Serial No. 168020
   Nettie Soniat No. 12, Serial No. 236916
   Nettie Soniat No. 5, Serial No. 215591
   Nettie Soniat No. 10, Serial No. 236914

   Division Order No. 21254000
   Division Order No. 21431000
   Division Order No. 16724000

Oil, Gas and Mineral Lease Eugenie Soniat Atkins, etal, in favor of Fredco, LLC, dated August 1, 2012, recorded under instrument No. 2416132, recorded under instrument No. 4592, Page 646 of the Conveyance Records of Caddo Parish, Louisiana, covering and affecting the following described property, to-wit:

All of Fractional Section 6, Township 16 North, Range 16 West, Caddo Parish, Louisiana, less road, as per assessor's tract 160606-0-1, consisting of 262.53 acres, more or less. All of Fractional Section 7, Township 16 North, Range 16 West, Caddo Parish, Louisiana, except the South 50 acres, less r/o/w consisting of 264.12 acres, more or less, also known a tax assessor's tract No. 161607-0-1 both tracts clearly defined in that certain "Partition of Immovable Property" recorded in Conveyance Records of Caddo Parish, Louisiana, under registry No. 01257238

Insofar and only insofar as it covers and applies surface to the base of the Fredericksburg Lime Formation in the Greenwood Waskom Field
INSOFAR AND ONLY INSOFAR as it covers:

All of Fractional Section 6, Township 16 North, Range 16 West, Caddo Parish, Louisiana, less road, as per assessor's tract 160606-0-1, consisting of 262.53 acres, more or less, together with the following wells:

Soniat, etal No. 2, Serial No. 105874
Soniat, etal No. 7, Serial No. 109190
Soniat, etal No. 9, Serial No. 108334
Soniat, etal No. 8, Serial No. 110592
Soniat, etal No. 1, Serial No. 179390
Soniat, etal SWD well, Serial No. 971645
Soniat, etal No. 11, Serial No. 111652
Nettie Soniat No. 21, Serial No. 166636
Nettie Soniat No. 15, Serial No. 166630
Nettie Soniat No. 16, Serial No. 166631
Nettie Soniat No. 17, Serial No. 166632
Nettie Soniat No. 19, Serial No. 166634
Nettie Soniat No. 20, Serial No. 166635

Division Order No. 21353000

4. **Mathieu B Lease Interests**, including at least

That certain oil, gas and mineral lease executed by Elizabeth A. Mathieu Payne and the Claire Mathieu Living Trust, represented by Elizabeth A. Mathieu Payne, Trustee, in favor of DuCharme, Vozzella Investments, under instrument No. 248567, which cover and effect the following:

Lot 7 located S/2 of Section 10, Township 20 North, Range 16 West, Caddo Parish, La., from surface to the base of the Paluxy Formation or 2250 feet, whichever is deeper

Together with the following:

Mathieu B Well No. 2, Serial No. 152549
Mathieu B Well No. 2, Serial No. 201288

5. **Fuller Lease Interests**, including at least
   <u>Purchaser:</u> Bayou State Oil Company – Division Order No. GSO118

That certain oil, gas and mineral lease executed by Leonard Thomas Dean, etux, in favor of Fredco, LLC., dated May 28, 2005, recorded under instrument No. 1977730 of the Conveyance Records of Caddo Parish, Louisiana, covering and affecting the following described property, to-wit:

Lot 7 of the Caddo Mineral Land Company Subdivision, located in Section 25, Township 22 North, Range 15 West, Caddo Parish, Louisiana, containing 2.3 acres more or less; and Lot 8 of the Caddo Mineral Land Company Subd. Located in Section 25, Township 22 North, Range 15 West, Caddo Parish, Louisiana, from surface to the base of the Nacatosh Formation, together with all wells and equipment located thereon but not limited to the following:

Fuller No. 1, Serial No. 176994
Fuller No. 9, Serial No. 180965
Fuller No. 2, Serial No. 189940
Fuller No. 3, Serial No. 189941
Fuller No. 4, Serial No. 190170
Fuller No. 5, Serial No. 190171
Fuller No. 6, Serial No. 197461
Fuller No. 7, Serial No. 197462
Fuller No. 8, Serial No. 199530 (SWD)
Fuller No. 10, Serial No. 234403
Fuller No. 11, Serial No. 234404
Fuller No. 12, Serial No. 234405
Fuller No. 13, Serial No. 234406
Fuller No. 14, Serial No. 234865
Fuller No. 15, Serial No. 234866

6. **Gulf Fee Lease Interests**, including at least

That certain oil, gas and mineral lease executed by Gemini Explorations, Inc. dated February 6, 2012, recorded under instrument No. 2389245 in Book 4547, Page 484 and Amended under instrument No. 2480235 on October 29, 2013, in Book 4702. Page 87 of the Conveyance Records of Caddo Parish, La., covering and effecting the following:

NW/4 of NE/4 Section 31, Township 20 North, Range 15 West, Caddo Parish, La., lying South and West of State Hwy 71 containing 38,50 acres, more or less, and that certain well

located 100 feet of SW of Hwy 71 being Gulf No. 2, 49410 in SW/4 of Section 30, Township 20 North, Range 15 West, Caddo Parish, La., all having been a part of that certain lease once operated by Petrol Industries

Insofar and only insofar as it covers surface to 3000 feet, together with the following:

Gulf Fee No. 1, Serial No. 48658
Gulf Fee No. 2, Serial No. 49410
Gulf Fee No. 3, Serial No. 50271

7. **Caddo Oil & Mining LTD** , including at least
   <u>Purchaser: Genesis Crude Oil LP</u> – Division Order No. 21124000

   That certain oil, gas and mineral lease executed by Caddo Oil & Mining LTD., dated Sept. 6, 2005, recorded under instrument No. 1997934 of the Conveyance Records of Caddo Parish, Louisiana, covering and affecting the following described property, to-wit:

   Lots 80 thru 90; Lots 94 thru 193, Block C, as shown in the Replace of Block C filed June 27, 1949, in Book 600, Page 353 under instrument No. 49607 of the Conveyance Records of Caddo Parish, Louisiana, together with all wells and equipment located thereon and pertaining thereto, and insofar and only insofar as it covers and affects the following:

   Caddo Mining Co. LTD. Well No. 1, Serial No. 37172
   Caddo Mining Co. LTD. Well No. 2, Serial No. 39388
   Caddo Mining Co. LTD. Well No. 3, Serial No. 41343
   Caddo Mining Co. LTD. Well No. 4, Serial No. 40294
   Caddo Mining Co. LTD. Well No. 5, Serial No. 40306
   Caddo Mining Co. LTD. Well No. 6, Serial No. 44864
   Caddo Mining Co. LTD. Well No. 7, Serial No. 56290
   Caddo Mining Co. LTD. Well No. 8, Serial No. 56289

8. **Gerhig Stoer Lease Interests**

9. **Pala Lease Interests**